```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 06-42460 RLE** |
| **GRACE MARIE BOONE,** | **Chapter 13** |
|         **Debtor.** _____/ | **MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF <u>DEADLINE TO REQUEST A HEARING</u>** |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing September 2011, debtor will pay $210.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds:
Debtor recently moved. Debtor incurred costly moving expenses in the process of moving which prevented her from making her monthly Chapter 13 Plan payment. Debtor has started a new job which will allow her to continue making her ongoing Chapter 13 Plan payments.

**NOTICE IS HEREBY GIVEN:**

(i)  That Local Rule 9014-1 of the United States Bankruptcy Court

Case: 06-42460   Doc# 30   Filed: 09/20/11   Entered: 09/20/11 10:44:03   Page 1 of 2

for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

    (ii)  That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii)  That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv)  That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: September 20, 2011

                              /s/ Anne Y. Shiau
                              Anne Y. Shiau
                              Attorney for Debtor